UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NELSON E. TORRES,

                Plaintiff,

-against-

FERNANDCO GARCIA; SANDY GARCIA,

                Defendants.

25 CIVIL 1678 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 19, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 20, 2025
           New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                  Chief United States District Judge